Dismissed and Memorandum Opinion filed March 23, 2006









Dismissed and Memorandum Opinion filed March 23, 2006.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-00737-CV

____________

 

IN THE INTEREST OF M.R.G.

 

_________________________________________________________

 

On Appeal
from the 306th District Court

Galveston County,
Texas

Trial
Court Cause No. 04FD2067

_________________________________________________________

 

M E M O R A N D U M   O P I N I O N

This is an appeal from an order adjudicating parentage and
support, signed on June 2, 2005.

On March 9, 2006, appellant filed a motion to dismiss the
appeal, asserting that the appeal is moot. 
See Tex. R. App. P. 42.1.  On December 19, 2005, the trial court entered
an order, finding the order of June 2, 2005, void because the petitioner in the suit
affecting the parent-child relationship did not have standing to file the
suit.  A copy of the
December 19, 2005, order is attached to appellant=s motion.  Because the order appealed in this cause has
been found void by the trial court, the appeal is moot.  The motion to dismiss is granted.








Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

 

Judgment rendered and Memorandum Opinion filed March 23, 2006.

Panel consists of Justices Anderson, Edelman, and Frost.